**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: THE BARNES FOUNDATION | : | No. 498 MAL 2023 |
| | : | |
| | : | |
| PETITION OF: RICHARD RALPH | : | Petition for Allowance of Appeal |
| FEUDALE | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is

**DENIED**.